No. 5543.—CARRASQUILLO ET AL., apldos., *v.* STELLA VDA. DE ORTIZ, aplte.—C. D. Humacao. ▮▮▮▮▮▮▮ Febrero 24, 1933.

A la anterior moción de la parte apelada: apareciendo que este caso fué radicado en diciembre 15, 1930; que habiendo vencido en marzo 18, 1931, la cuarta prórroga concedida al apelante para radicar alegato, sin que lo hubiera hecho, el tribunal mandó citar a dicha parte para que compareciera a mostrar causa, si alguna tuviere, el día 29 de febrero de 1932, para que no se desestimara la apelación por abandono; que en marzo 9, 1932, se concedió a la parte apelante hasta abril 8, 1932, para presentar alegato, expresándose en la resolución: ". . . . y si así no lo hiciere, se registrará una orden desestimando por abandono el recurso." Por tanto, no habiéndose radicado el susodicho alegato, se declara con lugar la expresada moción y se desestima, por abandono, el recurso interpuesto en este caso contra sentencia de la Corte de Distrito de Humacao de noviembre 17, 1930.

No. 6292.—F. L. DE HOSTOS & Co., aplda., *v.* JIMÉNEZ, aplnte.— C. D. San Juan. ▮▮▮▮▮▮▮ Marzo 14, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, se solicitó la desestimación del recurso establecido en este caso por no haberse proseguido su tramitación con la debida diligencia; y

POR CUANTO, de la certificación que a la moción se acompaña aparece que interpuesta apelación el 6 de mayo de 1932 por el demandado contra la sentencia que resolvió el pleito en su contra, fué el taquígrafo solicitando prórrogas para presentar la transcripción de la evidencia a los efectos de perfeccionar la apelación, venciendo la última a fines de octubre de 1932, sin que nada más se gestionara:

POR TANTO, de acuerdo con los hechos, la ley y la repetida jurisprudencia de esta Corte Suprema sobre el particular, se desestima, por abandono, el recurso.